USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 21, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHAEL ADAMS,

                                    Plaintiff(s),          16 Civ. 5592   (LGS)

                  -against-                          ORDER

4SK-596 9TH, LLC, et al.,

                                    Defendant(s),
-------------------------------------------------------------X

LORNA G. SCHOFIELD, United States District Judge:

       The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: February 21, 2017
       New York, New York

                                            LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE